IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

WHITNEY TYUS,

    Plaintiff,

v.                                                                  No. 1:24-cv-01005-STA-jay

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.

## ORDER GRANTING MOTION TO FILE AUDIO RCORDINGS

Before the Court is Defendant's Motion for Permission to File a CD of Telephone Call Recordings. ECF No. 9. Plaintiff does not oppose the Motion to submit these recordings. ECF No. 9 at ¶ 7. For good cause shown, the Court will GRANT Defendant's Motion. The audio recordings shall be submitted to the Court no later than February 19, 2024.

IT IS SO ORDERED this the 5th day of February, 2024.

                                              **s/Jon A. York**
                                              UNITED STATES MAGISTRATE JUDGE